Filed 12/17/15  P. v. Fontenot CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

THE PEOPLE,

    Plaintiff and Respondent,

v.

MICHAEL FONTENOT,

    Defendant and Appellant.

E063764

(Super.Ct.No. FWV1500169)

OPINION

APPEAL from the Superior Court of San Bernardino County.  Stephan G. Saleson, Judge.  Affirmed.

Trenton C. Packer, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Pursuant to a plea agreement, defendant and appellant Michael Fontenot pled guilty to residential burglary (Pen. Code, § 459),[1] and admitted that he had one prior strike conviction (§§ 1170.12, subds. (a)-(d) & 667, subds. (b)-(i)).  In accordance with the plea agreement, a trial court sentenced him to a total term of four years in state prison (two years on count 2, doubled pursuant to the strike conviction).

Defendant filed a timely notice of appeal, based on the sentence or other matters that occurred after the plea.  We affirm.

PROCEDURAL BACKGROUND

Defendant was charged with and admitted that, on or about December 21, 2014, he committed the crime of first degree residential burglary.  (§ 459.)

ANALYSIS

Defendant appealed and, upon his request, this court appointed counsel to represent him.  Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738, setting forth a statement of the case and identifying no potential arguable issues.

Defendant was offered an opportunity to file a personal supplemental brief, which he has not done.

Under *People v. Kelly* (2006) 40 Cal.4th 106, we have conducted an independent review of the record and find no arguable issues.

---

[1]  All further statutory references will be to the Penal Code, unless otherwise noted.

DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

HOLLENHORST
J.

We concur:

RAMIREZ
P. J.

McKINSTER
J.

3